# EXHIBIT B




# ESQUIRE
## SOLUTIONS

Atlanta
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # ESQ298312

| Invoice Date | 04/28/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/28/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

TRACIE MAURER ,ESQ.
JACKSON LEWIS, PC - ATLANTA
SUITE 1000
1155 PEACHTREE STREET NORTHEAST
ATLANTA, GA 30309

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/31/2015 | GORE, CHARLES VS. JACOBS ENGINEERING GR | 299998 | 04/18/2015 | FED EX |

**Description**

Original Deposition for CHARLES GORE, 03/31/2015 (CONYERS, GA)
   EXHIBITS

55296/233066

Previous arrangement made with client

SHIPPED TO: MAURER, TRACIE ESQ
SUITE 1000
1155 PEACHTREE STREET NORTHEAST
ATLANTA, GA 30309
MATTER NUMBER: 55296/233066
- JACKSON LEWIS

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 06/12/2015 | $ 1,620.32 |
| Amount Due After 06/12/2015 | $ 1,782.35 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA MasterCard DISCOVER AMERICAN EXPRESS

# ESQUIRE
SOLUTIONS

TRACIE MAURER ,ESQ.
JACKSON LEWIS, PC - ATLANTA
SUITE 1000
1155 PEACHTREE STREET NORTHEAST
ATLANTA, GA 30309

| Invoice #: | ESQ298312 |
|---|---|
| Payment Due: | 05/28/2015 |
| **Amount Due On/Before 06/12/2015** | **$ 1,620.32** |
| Amount Due After 06/12/2015 | $ 1,782.35 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

171 0000298312 04282015 9 000162032 0 05282015 06122015 2 000178235 19